IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MENDENHALL ENTERPRISES, )
INC., a Delaware corporation, )
)
        Plaintiff, )
)
  vs. )
)
                         ORDER
LOUIS C. CURRIER; HERBERT H. )
GRAYSON; JO/KEL, INC., a )
Nebraska corporation; DOES )
I through X, inclusive, )
)
       Defendants. )

RECEIVED
OCT 6 1975
U.S. DISTRICT COURT
CLERK
LINCOLN

FILED
DISTRICT OF NEBRASKA
AT.................................
OCT 6 - 1975
Clerk
By.................... Deputy

    IT HEREBY IS ORDERED that the motion of J. Max Harding for protective order will be heard in this court on October 9, 1975, at 4:30 p.m.

    Dated October 6, 1975.

                            BY THE COURT

                            _____
                            Chief Judge