IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MENDENHALL ENTERPRISES, INC., )
a Delaware corporation, )
                                 )
           Plaintiff, )
                               )
vs. )   ORDER OF DISMISSAL
                               )
LOUIS C. CURRIER, et al, )
                                 )
           Defendants. )

FILED
DISTRICT OF NEBRASKA
AT
OCT 17 1975
BY _____ CLERK
DEPUTY

    At a hearing on October 9, 1975, counsel for the parties agreed upon disposition. Since then counsel for the plaintiff has informed the court that the agreed upon disposition was followed and that nothing further remains to be done with respect to the proceeding now before this court.

    IT THEREFORE HEREBY IS ORDERED that this proceeding is dismissed without prejudice.

    Dated October 16, 1975.

                                    BY THE COURT

                                    _____
                                    Chief Judge

ENTER
ON THE DOCKET
SEP 20 1975
RICHARD C. PECK
BY _____ Clerk
    Dep. Clerk